

FILED

07/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0059

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-21-0059

FILED

JUL 19 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,    )
           )
Plaintiff and Appellee,    )
           )    **ORDER**
v.    )
           )
THOMAS RICHARD FERRIS,    )
           )
Defendant and Appellant.    )

Upon consideration of the motion by the Defendant and Appellant Thomas Richard Ferris for an extension of time in which to file and serve his opening brief in this matter because the August 24, 2021 transcript of the district court proceedings were not served on him by the court reporter until June 22, 2021, and there being no objection from the State of Montana;

It is hereby ORDERED that the Defendant and Appellant's opening brief shall be filed and served by September 6, 2021.

1

The Clerk of Court is directed to mail true copies of this order to all parties of record.

DATED this 12th day of July, 2021.

By: _____
Chief Justice